No. 515. WYCHE ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Myron G. Ehrlich* for petitioners. *Solicitor General Perlman, Assistant Attorney*

*General McInerney* and *Beatrice Rosenberg* for the United States.